THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Sandra and
 Marvin McKnight, Appellants,
 v.
 Roman
 Montgomery, Respondent.
 
 
 

Appeal From Richland County
James R. Barber, III, Circuit Court Judge

Unpublished Opinion No. 2011-UP-353
 Submitted June 1, 2011  Filed June 29,
2011    

AFFIRMED

 
 
 
 Sandra McKnight and Marvin McKnight, pro se, both of Columbia.
 Roman Montgomery, pro se, of Columbia.
 
 
 

PER CURIAM:  Sandra
 and Marvin McKnight appeal the order of the circuit court dismissing their
 appeal from the magistrate's court.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: Medlock v.
 One 1985 Jeep Cherokee VIN 1JCWB7828FT129001, 322 S.C. 127, 132, 470 S.E.2d
 373, 376 (1996) ("The appellant has the burden of providing this court
 with a sufficient record upon which to make a decision."); Singleton v. Sherer,
 377 S.C. 185, 208, 659 S.E.2d 196, 208 (Ct. App. 2008) (holding that a
 "pled and argued" issue was unpreserved for review when the circuit
 court failed to rule on it and no Rule 59(e), SCRCP, motion was filed).
AFFIRMED.
FEW, C.J., HUFF, J., and
 GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.